UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT TACOMA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>COSME SANCHEZ-ESPINO,<br>                    Defendant. | Case No.  CR20-5447-02-RJB<br><br>***AMENDED***<br>DETENTION   ORDER |

THE COURT accepts the stipulation to detention without prejudice, offered by the defense and agreed to by the Government, and also finds that no condition or combination of conditions which defendant can meet will reasonably assure the appearance of the defendant as required and/or the safety of any other person and the community.

This finding is based on 1) the nature and circumstances of the offense(s) charged, 2) the weight of the evidence against the person; 3) the history and characteristics of the person; and 4) the nature and seriousness of the danger release would impose to any person or the community.

*Findings of Fact/ Statement of Reasons for Detention*

The Court finds that Mr. Sanchez-Espino presents a danger to others and to the community, which the Pretrial Services Report (Dkt. 21) shows by clear and convincing evidence -- based on repeated criminal conduct involving felony offenses and repeated convictions for possession, intent to distribute, and conspiracy in relation to controlled substances – according to the defendant's criminal history. The Court also finds dangerousness by clear and convincing evidence based on allegations concerning possession, intent to distribute, and

conspiracy in relation to methamphetamine and fentanyl – as charged in the Indictment (Dkt. 1) concerning the current offense.

The Court also finds a risk of failure to appear, and risk of flight, based on multiple failures to appear, as well as multiple aliases and Social Security Numbers, as shown by a preponderance of the evidence by information contained in the Pretrial Services Report (Dkt. 21).

This order is entered without prejudice; the defendant may make a motion in the future for a detention review hearing.

### *Order of Detention*

< **The defendant shall be committed to the custody of the Attorney General for confinement in a corrections facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal.**

< **The defendant shall be afforded reasonable opportunity for private consultation with counsel.**

< **The defendant shall on order of a court of the United States or on request of an attorney for the Government, be delivered to a United States Marshal for the purpose of an appearance in connection with a court proceeding.**

March 19, 2021

*Theresa L. Fricke*
Theresa L. Fricke
United States Magistrate Judge